■ JOHN S. PRATT, Doing Business as HARDTOP PAVERS, Respondent, v. ONEIDA COUNTY, Appellant.— Order unanimously affirmed, with costs. (See *Grad* v. *Roberts*, 14 N Y 2d 70, 75; *Patterson* v. *Meyerhofer*, 204 N. Y. 96, 100.) (Appeal from order of Oneida Special Term granting motion to dismiss affirmative defense.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.